

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL - 6 2006
DAVID J. MALAND, CLERK
BY
DEPUTY________________

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **COMPUTER ACCELERATION CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION 9-06CV-140** TH |
| | § | |
| **vs.** | § | |
| | § | |
| **MICROSOFT CORPORATION,** | § | **JURY TRIAL** |
| | § | |
| **Defendant.** | § | |

**COMPLAINT AGAINST MICROSOFT CORPORATION**

Plaintiff Computer Acceleration Corporation ("Computer Acceleration"), files this Complaint against Microsoft Corporation ("Microsoft") for infringement of U.S. Patent No 5,933,630 ("the '630 Patent" or "the Patent-in-Suit") under 35 U.S.C. § 271. A copy of the Patent-in-Suit is attached as Exhibit A.

**PARTIES**

1. Plaintiff Computer Acceleration is a corporation organized under the laws of the State of Texas. Computer Acceleration maintains its principal place of business at 107 West Lufkin Ave., Suite 214A/214B, Lufkin, Texas 75904.

2. Upon information and belief, Defendant Microsoft is, and at all times relevant herein was, a corporation organized under the laws of the State of Delaware, with its principal place of business at One Microsoft Way, Redmond, WA 98052. Microsoft manufactures for

sale and/or sells computer software to consumers in the United States and, more particularly, in the Eastern District of Texas.

## JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code. This Court has exclusive subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §1338(a).

4. This Court has personal jurisdiction over Microsoft. Microsoft has conducted and does conduct business within the State of Texas. Microsoft, directly or through intermediaries (including distributors, retailers, and others), ships, distributes, offers for sale, sells, and advertises (including the provision of an interactive web page) its products in the United States, the State of Texas, and the Eastern District of Texas. Microsoft has purposefully and voluntarily placed one or more of its infringing products, as described below in Count 1, into the stream of commerce with the expectation that they will be purchased by consumers in the Eastern District of Texas. These infringing products have been and continue to be purchased by consumers in the Eastern District of Texas. Microsoft has committed the tort of patent infringement within the State of Texas and, more particularly, within the Eastern District of Texas.

5. Venue is proper in the Eastern District of Texas under 28 U.S.C. §§ 1391 and 1400(b).

## COUNT 1: INFRINGEMENT OF U.S. PATENT NO. 5,933,630

6. Computer Acceleration refers to and incorporates herein the allegations of Paragraphs 1-5 above.

7. United States Patent No. 5,933,630 ("the '630 Patent"), entitled "Program Launch Acceleration Using RAM Cache," was duly and legally issued by the United States Patent and Trademark Office on August 3, 1999, after full and fair examination. Computer Acceleration is the assignee of all rights, title, and interest in and to the '630 Patent and possesses all rights of recovery under the '630 Patent, including the right to recover damages for past infringements.

8. Microsoft manufactures, uses, sells, and/or distributes one or more editions of Windows products, such as Windows XP, that accelerate the launch of computer programs, using the method and apparatus claimed in the '630 Patent. Microsoft also manufactures, uses, sells and/or distributes software, such as its Microsoft Office suite of computer programs, that is launched in an accelerated manner by its Windows products.

9. To facilitate international distribution of its accused products, Microsoft supplies a limited number of master versions of the Windows products to foreign computer manufacturers and authorized foreign "replicators," who, pursuant to their licensing agreements with Microsoft, replicate the master versions in generating multiple copies of Windows products for installation on foreign-assembled computers that are then sold to foreign customers. Microsoft creates the master versions in the United States and sends them abroad on so-called "golden master" disks or via electronic transmissions.

10. The master versions of the accused Windows products include the same software as described in Paragraph 8 herein.

11. By virtue of the foregoing, Microsoft is infringing one or more claims of the '630 Patent under 35 U.S.C. § 271 by performing, without authority, one or more of the following acts: (a) making, using, offering to sell, and selling within the United States the patented

invention of one or more claims of the '630 Patent; (b) importing into the United States the patented invention of one or more claims of the '630 Patent; and (c) indirectly infringing one or more claims of the '630 Patent by means of inducing infringement and contributory infringement.

12. Microsoft is also infringing one or more claims of the '630 Patent under 35 U.S.C. § 271(f) by supplying or causing to be supplied in or from the United States all or a substantial portion of the components of the patented invention, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

13. Microsoft will continue to infringe the claims of the '630 Patent unless enjoined. Microsoft's continuing acts of infringement are irreparably harming and causing damage to Plaintiff. Plaintiff has no adequate remedy at law to redress Microsoft's continuing acts of infringement. The hardships that would be imposed upon Microsoft by an injunction are less than those faced by Plaintiff should an injunction not issue. Furthermore, the public interest would be served by issuance of an injunction.

14. Computer Acceleration, any and all prior owners of the '630 Patent, and any and all licensees of the '630 patent have, at all times, complied with 35 U.S.C. § 287.

15. Microsoft has knowledge of the '630 Patent, and has not ceased its infringing activities. Microsoft's infringement of the claims of the '630 Patent has been and continues to be willful and deliberate.

16 As a result of Microsoft's acts of infringement, Computer Acceleration has suffered and will continue to suffer damages in an amount to be proved at trial

**PRAYER FOR RELIEF**

Computer Acceleration prays for the following relief:

A. A judgment that Microsoft has infringed the Patent-in-Suit as alleged herein, directly and/or indirectly by way of inducing infringement of the Patent-in-Suit, as alleged herein;

B. A judgment and order requiring Microsoft to pay Computer Acceleration damages under 35 U.S.C. § 284, including treble damages for willful infringement as provided by 35 U.S.C. § 284;

C. A judgment and order requiring Microsoft to pay Computer Acceleration pre-judgment and post-judgment interest on the damages awarded;

D. A judgment and order finding this to be an exceptional case and requiring Microsoft to pay the costs of this action (including all disbursements) and attorneys' fees as provided by 35 U.S.C § 285; and

E. A judgment and order that Microsoft, its agents, employees, representatives, successors and assigns, and those acting in privity or in concert with them, be permanently enjoined from further infringing the '630 Patent. In the alternative, a judgment and order that Microsoft pay Computer Acceleration an on-going royalty for future acts of infringement, at a rate determined by the jury or the Court.

F. Such other and further relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Computer Acceleration hereby demands that all issues be determined by a jury.

DATED: July 7, 2006

Respectfully submitted,

**McKOOL SMITH, P.C.**

Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Mike McKool, Jr.
Texas State Bar No 13732100
mmckool@mckoolsmith.com
Robert M. Manley
Texas State Bar No. 00787955
rmanley@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin L. Burgess
Texas State Bar No 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No 24036314
jcampbell@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
rmparker@cox-internet.com
Robert Christopher Bunt
Texas State Bar No. 00787165
cbunt@cox-internet.com
Parker & Bunt, P.C.
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF**
**COMPUTER ACCELERATION CORPORATION**

# EXHIBIT A

US005933630A

# United States Patent [19]

**Ballard et al.**

[11] **Patent Number: 5,933,630**

[45] **Date of Patent: Aug. 3, 1999**

[54] **PROGRAM LAUNCH ACCELERATION USING RAM CACHE**

[75] Inventors: **Clinton L. Ballard**, Suquamish; **Timothy W. Smith**, Seattle, both of Wash

[73] Assignee: **Acceleration Software International Corporation**, Poulsbo, Wash

[21] Appl No.: **08/874,244**

[22] Filed: **Jun. 13, 1997**

[51] **Int. Cl.$^{6}$** .......... **G06F 12/00**

[52] **U.S. Cl.** .......... **395/651**

[58] **Field of Search** .......... 364/424.01, 200; 395/472, 700, 497.01, 651, 652, 653

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,514,762 | 5/1970 | Sloane et al | 340/172.5 |
| 4,052,704 | 10/1977 | Franaszek | 364/900 |
| 4,511,962 | 4/1985 | Machida et al | 364/200 |
| 4,794,523 | 12/1988 | Adan et al | 364/200 |
| 5,142,473 | 8/1992 | Davis | 364/424.01 |
| 5,428,758 | 6/1995 | Salsburg | 395/400 |
| 5,442,802 | 8/1995 | Brent et al. | 395/200.08 |
| 5,475,840 | 12/1995 | Nelson et al | 395/700 |
| 5,581,736 | 12/1996 | Smith | 395/497.01 |
| 5,636,360 | 6/1997 | Courts et al | 395/472 |

*Primary Examiner*—Hassan Kizou
*Assistant Examiner*—Omar A Omar
*Attorney, Agent, or Firm*—Steven P Koda

[57] **ABSTRACT**

Launch time for a computer program is reduced by logging hard disk accesses during an initial launch, then processing the log file to accelerate subsequent launches. The log file is processed by identifying all the file portions accessed during the launch, eliminating any duplicate cluster accesses, then sorting the remaining accesses. The disk access log entries are sorted by physical address or are grouped by file, then organized by logical address within each group. The processed log file is stored with the application program. When the application program is launched thereafter, the processed log file is accessed first. All the disk accesses in the log file are performed moving all the data into RAM cache. When the program launch resumes, the launch occurs faster because all the data is already in cache

**2 Claims, 4 Drawing Sheets**





10
18
DISPLAY DEVICE
PRIMARY STORAGE DEVICE
14
12
PROCESSOR
RAM CACHE
15
16
20
INPUT DEVICE(S)
SECONDARY STORAGE DEVICE

FIG. 1

ENTER WHEN LAUNCH DETECTED
72
70
74
YES
LOG FILE EXIST?
A
NO
CREATE A LOG FILE FOR CURRENT APPLICATION PROGRAM
76
ENABLE LOGGING
78
RETURN
80

FIG. 3





U.S. Patent

5,933,630

# FIG.2

16
I2
F
60,000
I
L
B
10,000
D
H2
20,000
A
L2
C
30,000
K
40,000
50,000
I
E
G
70,000
80,000
H
90,000
32
34
36
38
40
42
44
46
48
50
52
54
56
58
60
62
64



ENTER WHEN FILE SYSTEM ACTIVITY IS REQUESTED AND LOGGING IS ENABLED
84
82
GENERATE LOG ENTRY FOR THIS PROGRAM'S LOG FILE
86
RETURN
88

FIG. 4

90
ENTER UPON COMPLETION OF LAUNCH SEQUENCE WHEN LOGGING IS ENABLED
92
MODIFY LOG FILE TO ELIMINATE LOG ENTRIES OR ENTRY PORTIONS TO REDUNDANT MEMORY BLOCKS
94
SORT ENTRIES IN THE MODIFIED LOG FILE TO OPTIMIZE SEC. STORAGE DEVICE ACCESS
96
ASSOCIATE SORTED LOG FILE WITH CORRESPONDING APPLICATION PROGRAM
98
RETURN
100

FIG.5

A
BEFORE LAUNCH SEQUENCE EXECUTES
(OR RECOMMENCES)
THE FOLLOWING STEPS OCCUR
102
OPEN SORTED
LOG FILE
104
PROCESS LOG ENTRIES TO MOVE
REQUESTED DATA FROM SECONDARY
STORAGE DEVICE INTO RAM CACHE
106
RETURN
(RECOMMENCE LAUNCH
SEQUENCE)
108

FIG 6

# PROGRAM LAUNCH ACCELERATION USING RAM CACHE

## CROSS REFERENCE TO RELATED APPLICATIONS

This invention is related to U.S. patent application Ser No. 08/656,372 filed May 31, 1996 for Estimating Access Time for Hard Drive I/O Requests; and U.S. patent application Ser. No 08/839,742 filed Apr. 15, 1997 for Program Launch Acceleration The content of these applications are incorporated herein by reference and made a part hereof

## BACKGROUND OF THE INVENTION

This invention relates to methods and apparatus for optimizing access to a computer program storage device during program start-up, and more particularly to a method for reducing the time to launch a computer program

A typical computer system includes at least a processing unit, a display device, a primary storage device (e g , random access memory—RAM), a secondary storage device (e g., a disk storage device), a keyboard, and a pointing/clicking device. Once a computer program is installed on the computer the program resides on the secondary storage device The secondary storage device serves as a large permanent memory space. Exemplary secondary storage devices include a hard disk drive, a floppy disk drive, and a compact disk drive There are many different types of disks, including magnetic disks, magneto-optical disks, optical disks, and floppy disks To launch a program that is stored on the secondary memory device portions of the program are accessed and moved to the primary storage device Conventionally, the primary storage device has a smaller address space and is accessed faster than the secondary storage device Primary storage device memory space is generally treated as a more precious resource than the memory space of the secondary storage device

A general purpose personal computer typically has many interactive application computer programs installed. A user is able to start-up multiple programs With regard to an interactive computer program, the term "launch time", as used herein, means the time from when a processor receives a command to start the computer program until the time that the computer program is ready to accept input commands (e g , user interface commands, batch-entry commands). The term "launch" as used herein means the process performed during the launch time to start up the computer program and get the computer ready to accept input commands for the computer progra

It is common for an application program for a personal computer to be stored in multiple files on the secondary storage device There often is an executable file, a preferences file and many other files. Some programs include a data base file or a default data file During a launch of the program multiple files are opened and select portions are moved from the secondary storage device into the primary storage device. When purchasing a computer program the packaging often specifies the amount of RAM address space (i.e., primary storage device address space) required to be allocated to the program while active By active it is meant that the program has been launched and is currently processing or is currently able to accept input commands.

## SUMMARY OF THE INVENTION

According to the invention, launch time for a computer program is reduced by logging hard disk accesses during an initial launch, then processing the log file to accelerate subsequent launches.

According to one aspect of the invention, computer activity is monitored to determine when a computer program is being launched For a launch for a program that has not yet had its launch time optimized, file access is monitored during the program launch Such monitoring includes logging file accesses to the secondary storage device occurring during the launch. The cluster address and the time of access are stored in the log

According to another aspect of the invention, after program launch is complete the launch access log is processed During a program's launch sequence multiple files are open at a given time. Contents from a first file are accessed, then contents from a second file As the accesses continue the first file again is accessed. Thus, accesses to the multiple files are interspersed amongst each other. An exemplary sequence might be: File **1** (address **1**), File **2** (address **20**), File **3** (address **40**), File **1** (address **6**), File **3** (address **35**), File **2** (address **(25)**

According to another aspect of the invention, the launch access log is processed by identifying all the file portions accessed during the launch, eliminating any duplicate cluster accesses, then sorting the remaining accesses. According to one approach the disk access log entries are sorted by physical address According to another approach the disk access log entries are grouped by file, then organized by logical address within each group The processed log file then is stored with the application program

According to another aspect of the invention, when the application program is launched thereafter, the processed log file is accessed first. All the disk accesses in the log file are performed moving all the data into RAM cache. When the program launch resumes, the launch occurs faster because all the data is already in cache. The net effect is a faster launch time because redundant disk accesses are eliminated and because the disk accesses are arranged in an order to optimize disk access times. These and other aspects and advantages of the invention will be better understood by reference to the following detailed description taken in conjunction with the accompanying drawings

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG **1** is a block diagram of a computer system hosting a method embodiment of this invention;

FIG. **2** is a diagram of a portion of the memory address range for the secondary storage device of FIG. 1 showing the storage locations of a given computer program;

FIG. **3** is a flow chart of a process for creating a log file according to an embodiment of the method of this invention;

FIG. **4** is a flow chart of steps for generating log entries in the log file created by the steps of FIG **3**;

FIG **5** is a flow chart of steps for modifying and sorting the log file; and

FIG. **6** is a flow chart of steps performed during subsequent launches of a computer program

## DESCRIPTION OF SPECIFIC EMBODIMENTS

Overview

FIG. **1** shows a block diagram of a computer system **10** hosting a method embodiment of this invention The computer system **10** includes a processor **12**, a primary storage device **14**, a secondary storage device **16**, a display device **18** and one or more input devices **20**. In one configuration the computer system is a personal computer, configured in a

stand-alone environment or as part of a network In another configuration the processor 12, primary storage device 14, display device 18 and input devices 20 are part of one computer while the secondary storage device is part of another computer (e g , server) on a network. In yet another configuration the display 18 and input devices 20 are part of one computer, while the processor, primary storage device and secondary storage device are part of another computer on the network

The processor 12 serves to execute an operating system and one or more application computer programs In some embodiments there are multiple processors for executing the operating system and application programs. System utilities and/or operating system extension programs also are executed according to some computer system 10 embodiments Conventional operating systems include DOS, Windows, Windows NT, MacOS, OS/2 and various UNIX-based operating systems The display device 18 and input devices 20 enable interaction between a user and the computer system 10 The computer system 10 in the process of executing the operating system and zero or more computer programs defines an operating environment for a user to interact with the computer, operating system and executing computer program The display device 18 serves as an output device Exemplary display devices include a CRT monitor or flat panel display The user inputs commands and data to the computer system 10 via the input devices. Exemplary input devices include a keyboard, a pointing device and a clicking device. Data also is input to the computer via transportable disks or through I/O ports (not shown)

The secondary storage device 16 serves as a permanent storage memory for one or more computer programs 24 to be executed by the processor 12 The secondary storage device 16 also stores data files for use with the application computer programs. Exemplary secondary storage devices include a hard disk drive, floppy disk drive, CD-ROM drive, bernoulli disk drive or other drive system for accessing permanent or replaceable disks, such as floppy disks, magnetic disks, magneto-optical disks, or optical disks

The primary storage device 14 typically is a storage device having a faster access time than that of the secondary storage device An exemplary primary storage device 14 is random access memory (RAM) All or a portion of the RAM serves as a RAM cache 15. Portions of a computer program and/or data files are loaded into the RAM cache 15 to speed up execution of the program and processing of data Mass produced computer software typically include specifications requiring a minimum amount of RAM required to run the program on a given computer system During a launch sequence for starting such a computer program, portions of the program are copied from the secondary storage device into RAM.

A launch sequence as used herein means the sequence of steps executed by the computer system during the launch time which pertain to starting up a given computer program and getting the computer ready to accept input commands for the computer program. A launch sequence is executed for a computer program. Different computer programs have different launch sequences Steps included in a launch sequence include copying portions of the computer program being launched from the secondary storage device to the primary storage device Other steps may include allocating a port or device to serve as an input source and/or output receptor. The method of this invention for accelerating a program launch is directed to improving the speed for accessing the secondary storage device during a launch sequence

Method for Accelerating Computer Program Launch

FIG 2 is a diagram of the secondary storage device 16 address space prior to a given computer program's launch sequence is accelerated. The dark regions indicate areas where contents 32–64 of a computer program 24 are stored The device 16 also stores other computer programs and data Address space allocation for such other programs and data is not shown The computer program 24 includes multiple files. The minimum file system allocation unit is the smallest number of physical addresses that can be read or written to the secondary storage device Such minimum file allocation unit also is referred to as a memory block or address cluster When a specific address is specified in a READ call, the block encompassing such address is read from the secondary storage device and stored in the primary storage device. When a specific address is specified in a WRITE call, the block encompassing such address is written from the primary storage device into the secondary storage device Listed below in table A is an exemplary portion of a file allocation table serving as a cross reference of logical addresses and physical addresses for the computer program (for a media having a cluster size of 10). Part numbers are added to correlate the table with FIG. 2 The logical addresses typically are generated at the time the computer program is compiled The physical addresses are determined by the operating system when the computer program is installed. The physical addresses are the actual addresses on the secondary storage device 16 where the files are stored. Note that the part number is used to refer to a part of the computer program as distinct from the physical addresses at which such part is stored

TABLE A

| Program File | Logical Address | Physical Address | Part No. |
|---|---|---|---|
| File 1 | 1–200 | 10010–10200 | 32 |
| File 1 | 210–300 | 24410–24500 | 38 |
| File 1 | 310–1500 | 38110–38300 | 44 |
| File 1 | 510–600 | 48810–48900 | 48 |
| File 1 | 610–800 | 55210–55400 | 50 |
| File 1 | 810–900 | 59010–59100 | 54 |
| File 1 | 910–1000 | 72210–72300 | 62 |
| File 2 | 1010–1300 | 32210–32500 | 42 |
| File 2 | 1310–1500 | 42410–42600 | 46 |
| File 2 | 1510–1600 | 61110–61200 | 56 |
| File 2 | 1610–1800 | 64410–64600 | 60 |
| File 2 | 1810–2000 | 89010–89200 | 64 |
| File 3 | 2010–2100 | 14110–14200 | 34 |
| File 3 | 2110–2400 | 18610–18900 | 36 |
| File 3 | 2410–2500 | 29110–29200 | 40 |
| File 3 | 2510–2700 | 56210–56400 | 52 |
| File 3 | 2710–3000 | 63010–63300 | 58 |

FIG 3 is a flow chart 70 of one embodiment of the method for accelerating a program's launch sequence

Launch Detection

The first step 72 in the method is to detect that a computer program is being launched According to one embodiment an interrupt is generated each time a file is opened The interrupt service routine in effect hooks into the operating system to determine that a program is being launched. Specifically, the interrupt service routine checks to see if the file is being opened with an "execute" privilege. If so, then such file is an executable file which is to be run The contents of such file are executable object code instructions to be processed by the processor 12

The interrupt service routine checks at step 74 to see if a log file already exists for the computer program being launched. If so, then the steps described with regard to FIG. 6 are performed If not, then a log file is created at step 76

The log file corresponds to a specific computer program—the one being launched that triggered such log file to be created. When multiple programs are being launched at the same time, a log file is created for each such program. The interrupt service routine then sets a flag at step **78** to indicate that logging is enabled for such program At step **80** the program returns. If the trigger for calling the routine **70** was for a secondary storage device access, then the steps at FIG **4** also are performed before returning

Log File System Activity

Once the launch of a computer program is detected and a log file is opened, all file system activity is monitored Specifically, for each operating system call to the file system the call is analyzed to determine to which application being launched, if any, does the call pertain. Exemplary operating system calls to the file system are OPEN, READ, WRITE, and CLOSE Referring to FIG 4 routine **82** is entered at step **84** when both file system activity is detected and logging is enabled. If the call pertains to a computer program being launched, then an entry is appended to the appropriate log file (step **86**). The routine **82** then returns at step **88**.

The log entry includes a file identifier, the logical address (es) specified in the call and the time of access (e.g., system time; index value). Alternatively, the physical memory address(es) corresponding to the logical address(es) are stored in the log entry In some embodiments, the operating system has already caused the physical addresses to be generated If not, then the physical addresses are derived from the logical addresses using the operating system's file allocation table to translate the logical address into the physical address

A logical address (also referred to as a virtual address) is the address which the computer program uses to access memory A memory management unit translates this address into a physical address before the actual memory is read or written A physical address is a memory location on the secondary storage device **16**

Listed below in Table B is a sample launch sequence for computer program **24** exemplified above in Table A:

TABLE B

| Order in Sequence | File | Address Blocks Encompassed |
|---|---|---|
| a | File 1 | 24410–24500 |
| b | File 1 | 72210–72300 |
| c | File 3 | 29110–29200 |
| d | File 1 | 10010–10200 |
| e | File 2 | 61110–61200 |
| f | File 3 | 63010–63100 |
| g | File 2 | 64410–64600 |
| h | File 2 | 89010–89100 |
| i | File 1 | 59010–59100 |
| j | File 3 | 63110–63200 |
| k | File 2 | 32210–32400 |
| l | File 3 | 63210–63300 |

Detect Launch Completion

When completion of a launch sequence occurs and logging is enabled, then routine **90** is executed Referring to FIG **5**, the routine enters at step **92** Conventional operating systems have a specific function that is called when a program is ready for normal execution. Under the Macintosh operating system, the function "Get Next Event" is called For a computer program running under such operating system, such function is called by the computer program when the launch sequence is complete According to one embodiment of this invention, step **92** is implemented by an interrupt service routine which is called whenever a computer program calls such function The interrupt service routine clears the logging enabled flag for the corresponding application program

In an alternative embodiment, access activity to the secondary storage device **16** is monitored to determine when activity has ceased for a threshold length of time (e.g., 3 seconds). Alternatively or in addition activity is monitored to determine when activity has gone below a threshold data throughput rate (e.g., 50 kilobytes per second) for a threshold period of time (e.g., 5 seconds). When there is insufficient activity for such threshold time, then the program launch is considered to be complete The routine **90** then is executed

Modify and Sort Log File

Once the launch sequence is determined to have been completed, then the log entry order is re-organized The purpose is to eliminate redundant accesses to the same memory block and to optimize access time for the secondary storage device If accesses occur faster, then the launch time (i.e., time elapsed from start to finish of launch sequence is less) is reduced. Thus, the launch of the computer program is accelerated

Referring to FIG. **5**, at step **94** the log file is processed to eliminate log entries or log entry portions to redundant memory blocks

Table 3 below shows a different example for a launch sequence for a computer program

TABLE C

| Entry | File | Physical Address Blocks Encompassed |
|---|---|---|
| a | File 1 | 24410–24500 |
| b | File 1 | 72210–72300 |
| c | File 3 | 29110–29200 |
| d | File 1 | 10010–10200 |
| e | File 2 | 61110–61200 |
| f | File 3 | 63010–63100 |
| g | File 2 | 64410–64600 |
| h | File 2 | 89010–89100 |
| h2 | File 1 | 10010–10100 |
| i | File 1 | 59010–59100 |
| i2 | File 3 | 63010–63100 |
| j | File 3 | 63110–63200 |
| k | File 2 | 32210–32400 |
| l | File 3 | 63210–63300 |
| l2 | File 1 | 24410–24500 |

Note in this example that the log includes redundant entries Entry **h2** is a subset of entry d. Entry **i2** is the same as entry f. Entry **l2** is the same as entry a It is expected that a redundant access request results from a computer program launch sequence access specifying a different address in the same block as previously accessed

Frequently the log file will include an entry specifying a single address Even though only one address is specified, an entire memory block will be accessed (read or written). This is because the minimum file allocation unit is a memory block cluster. Thus, the smallest portion of the computer program than can be accessed is the cluster size (i.e., cluster size) Entries in the log file are tested at step **94** to identify any redundant accesses to portions of the computer program. To determine whether a later entry is an access to a redundant portion of the computer program, the cluster address for the access is identified. The cluster address is either stored in the log file or is derived from the address stored in the log file For a FAT drive the cluster size is stored in the drive's boot sector. The boot sector includes information about the layout of the file system used for the drive partition Following the boot sector are several reserved sectors. Following the reserved sectors is the file allocation table (FAT). Following the FAT are one or more backup copies of the

FAT Following the backup copies is the root directory The size of the root directory is specified in the boot sector After the root directory are the user's file and directory area This is the area divided into clusters Thus, from the information in the boot sector the starting address of cluster space is determined, along with the size of a cluster Thus, the address boundaries for each cluster are known

The address for any given cluster x is given by Ax+B, where A and B are constants determined from the boot partition Thus, for any given file system call the cluster boundaries for such address are determinable The log file stores either the accessed address, the cluster number (i.e., x) or the cluster address (e.g., start address, end address or some other identifying address) for each cluster accessed

Following is a description of the redundancy testing Consider the following access sequence: address **139**, address **119**, address **110**, addresses **120–133**, and addresses **138–140**. Also consider that the memory block and cluster size is 10 addresses, and that blocks are located at **100–109**, **110–119**, **120–129**, **130–139**, **140–149** When address **139** is accessed the contents within the block of addresses **130–139** is accessed For an embodiment which stores a starting address of the cluster as the cluster address, the log entry includes address **130**. When address **119** is accessed the contents within the block of addresses **110–119** is accessed. The log entry for such access includes address **110**. The next access in the launch sequence specifies address **110**, causing the block **110–119** to be accessed The cluster address is **110** which is already in the log This access is a redundant access to a cluster already specified The redundant access is eliminated by deleting the log entry for address **110** The next access specifies addresses **120–133** This access spans two clusters **120–129** and **130–139** The accesses are logged separately The log entry for cluster address **120** is not redundant The log entry for cluster address **130**, however, is redundant because the first log entry for address **139** encompasses the memory block of addresses **130–139**. To eliminate the redundancy, the log entry for address **139** is removed The next access specifies addresses **139–140** This access also spans two clusters with two log entries. The first of the two is for cluster **130–139**. This is a redundant entry and thus is removed from the log fie The second of the two entries is for cluster **140–149**. This is a nonredundant access. When the end of the log file is reached then redundancy testing (step **94**) is complete.

In many instances the redundant accesses are eliminated from consideration by a cache operation performed by the computer instead of by step **94** Specifically, when caching is performed the second access to the same cluster will not result in a call to the hard drive because the data is in the cache The cache will satisfy the request Requests satisfied by the cache are ignored for purposes of creating a log of accesses Thus, redundant entries do not get logged

The modified log file next is sorted at step **96** In one embodiment the log entries are grouped according to the file Each access resulting in a log entry specifies a file and an address All entries for a given file are grouped together, then arranged within the group by logical address The groups are arranged chronologically according to which file is specified first in the log file Alternatively other criteria for ordering the groups is used In an alternative embodiment instead of grouping the entries by file, all the log entries are sorted according to physical address to optimize access time to the secondary storage device **16** In one embodiment the log entries define a queue processed according to the methods disclosed in U.S. patent application Ser. No 08/656,372 filed May 31, 1996 for "Estimating Access Time for Hard Drive I/O Requests." The contents of such application are incorporated herein by reference and made a part hereof. The log entries are rearranged in an order to optimize access time as described therein

At step **98** the sorted log file is closed and stored Such log file is associated with the computer program whose launch sequence is logged At step **100**, the routine returns

Subsequent Processing

Subsequent launches of the computer program after a log file is created and sorted result in step **74** of routine **70** (See FIG. **3**) branching to the routine **102** in FIG **6** The steps of this routine **102** are executed once a computer program launch sequence is detected The routine interrupts the launch sequence and is processed before recommencing the launch sequence At step **104**, the sorted log file for the computer program being launched is opened. At step **106**, the entries in the log file are processed by generating a secondary storage device I/O request for each entry in the order the entries occur within the log file This causes the memory blocks specified in the log file to be moved into the RAM cache **15** At step **108**, the routine **102** returns. The launch sequence then recommences As the I/O requests are generated during the remainder of the launch sequence, each request results in a hit in the RAM cache Thus, launch time is reduced by eliminating redundant accesses and performing the accesses in an optimal order

Although a preferred embodiment of the invention has been illustrated and described, various alternatives, modifications and equivalents may be used Therefore, the foregoing description should not be taken as limiting the scope of the inventions which are defined by the appended claims

What is claimed is:

1 A method for reducing launch time for a computer program, wherein the computer program comprises a plurality of files stored on a secondary storage device, each one of the plurality of files stored in a plurality of physical addresses encompassing at least a portion of a physical address block of the secondary storage device, a physical address block being a minimum unit of physical addresses on the secondary storage device copied to a primary storage device, the method comprising the steps of:

detecting that a computer is executing a launch sequence for initializing the computer program, wherein during the launch sequence, contents of physical address blocks of the secondary storage device at which portions of the computer program are stored are copied to the primary storage device;

logging accesses to the secondary storage device during the computer program launch sequence, wherein a log entry is generated in sequence for each access to a physical address block at which a portion of the computer program is stored, and wherein the sequence of log entries corresponds to an access order of portions of the computer program;

detecting that the launch sequence is complete;

altering the log file to eliminate duplicate accesses to the same physical address block;

reordering the remaining log entries in the altered log file to generate a final log file, wherein the remaining log entries are reordered to reduce access time for performing secondary storage device accesses;

detecting a subsequent launch of the computer program;

before completing the subsequent launch, processing the final log file to move the memory blocks specified in the final log file into a RAM cache so that during recommencement of the subsequent launch data speci-

fied in secondary storage device access requests are present in the RAM cache

2 An apparatus for reducing launch time for a computer program, comprising:

a first processor for executing a launch sequence of the computer program;

a RAM cache serving as a primary storage device accessed by the first processor;

a secondary storage device for permanently storing the computer program, wherein the computer program comprises a plurality of files stored on the secondary storage device, each one of the plurality of files stored in a plurality of physical addresses encompassing at least a portion of a physical address block of the secondary storage device, a physical address block being a minimum unit of physical addresses on the secondary storage device copied to a primary storage device;

means for detecting that the first processor is executing a launch sequence for initializing the computer program, wherein during the launch sequence, contents of physical address blocks of the secondary storage device at which portions of the computer program are stored are copied to the primary storage device;

means for logging accesses to the secondary storage device during an initial computer program launch sequence, wherein a log entry is generated in sequence for each access to a physical address block at which a portion of the computer program is stored, and wherein the sequence of log entries corresponds to an access order of portions of the computer program;

means for detecting that the launch sequence is complete;

means for altering the log file to eliminate duplicate accesses to the same physical address block;

means for reordering the remaining log entries in the altered log file to generate a final log file, wherein the remaining log entries are reordered to reduce access time for performing secondary storage device accesses;

means for detecting a subsequent launch of the computer program; and

means for processing the final log file, before completing the subsequent launch, to move the memory blocks specified in the final log file into a RAM cache so that during recommencement of the subsequent launch data specified in secondary storage device access requests are present in the RAM cache

* * * * *