| | | |
|---|---|---|
| Benjamin Elacqua/HO/WGM/US<br>05/03/2007 12:41 PM | To | <gjanik@McKoolSmith.com> |
| | cc | |
| | bcc | |
| | Subject | Re: CAC/Microsoft - Vista code  |

Glenn,

Please see attached response to your May 1st letter. As previously stated, the code will be made available as of Friday.

Thanks,

Ben


05 03 07 Let to G. Janik.pdf

Benjamin C. Elacqua
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
(713) 546-5024
(713) 224-9511 (fax)
benjamin.elacqua@weil.com

<gjanik@McKoolSmith.com>

| | | |
|---|---|---|
| <gjanik@McKoolSmith.com><br>05/03/2007 09:43 AM | To | <Benjamin.Elacqua@weil.com> |
| | cc | |
| | Subject | CAC/Microsoft - Vista code |

Was our May 1st letter acceptable?

Glenn Janik
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
214.978.4933
214.978.4044 (fax)

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying,

use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed. +/_\

# WEIL, GOTSHAL & MANGES LLP

700 LOUISIANA
SUITE 1600
HOUSTON, TEXAS 77002

(713) 546-5000
FAX: (713) 224-9511

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE

713-546-5024
benjamin.elacqua@weil.com

May 3, 2007

*Via Email*

Mr. Glenn E. Janik
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Re:   Case No. 9:06cv140, *Computer Acceleration Corporation v. Microsoft Corporation*

Dear Glenn:

I am writing in response to your May 1, 2007 letter regarding the production of Windows Vista source code.

Microsoft agrees to produce the agreed upon Windows Vista source code consistent with CAC's obligation to provide a Windows Vista claim chart 45 days after the source code is produced.

Microsoft understands CAC's position that the Windows Vista claim chart is not intended to be an amendment of CAC's P.R. 3-1 infringement contentions. However, to the extent the Windows Vista infringement claim chart goes outside of CAC's P.R. 3-1 infringement contentions, Microsoft reserves the right to object to the claim chart as being an unauthorized amendment.

Best regards,

Benjamin C. Elacqua

cc:   John Campbell
      McKool Smith

HO1:\347502\01\7G4%01!.DOC\63514.0015