| | | | |
|---|---|---|---|
|  | **<gjanik@McKoolSmith.com>**<br>06/19/2007 03:39 PM | To<br>cc<br>bcc<br>Subject | <Benjamin.Elacqua@weil.com><br><jcampbell@McKoolSmith.com><br><br>RE: CAC v. MSFT - Please see attached |

| History: | 🔄 This message has been forwarded. |
|---|---|

Thanks.

---

**From:** Benjamin.Elacqua@weil.com [mailto:Benjamin.Elacqua@weil.com]
**Sent:** Tuesday, June 19, 2007 3:00 PM
**To:** Glenn Janik
**Cc:** John B. Campbell
**Subject:** RE: CAC v. MSFT - Please see attached

Glenn,

Please see the below email.  Also, my April 30th letter indicated the code would be made available that week.

Thanks,

Ben

Benjamin C. Elacqua
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
(713) 546-5024
(713) 224-9511 (fax)
benjamin.elacqua@weil.com

----- Forwarded by Benjamin Elacqua/HO/WGM/US on 06/19/2007 02:56 PM -----

| | | |
|---|---|---|
| **Benjamin Elacqua/HO/WGM/US**<br><br>05/03/2007 12:41 PM | To<br>cc<br>Subject | <gjanik@McKoolSmith.com><br><br>Re: CAC/Microsoft - Vista code<u>Link</u> |

Glenn,

Please see attached response to your May 1st letter.  As previously stated, the code will be made available as of Friday.

Thanks,

Ben

Benjamin C. Elacqua
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
(713) 546-5024
(713) 224-9511 (fax)
benjamin.elacqua@weil.com

| | | |
|---|---|---|
| <gjanik@McKoolSmith.com> | To | <Benjamin.Elacqua@weil.com> |
| 05/03/2007 09:43 AM | cc | |
| | Subject | CAC/Microsoft - Vista code |

Was our May 1st letter acceptable?

Glenn Janik
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
214.978.4933
214.978.4044 (fax)

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed. +/_\

Benjamin C. Elacqua
Weil, Gotshal & Manges LLP

700 Louisiana, Suite 1600
Houston, TX 77002
(713) 546-5024
(713) 224-9511 (fax)
benjamin.elacqua@weil.com

| | | |
|---|---|---|
| **<gjanik@McKoolSmith.com>**<br><br>06/19/2007 02:52 PM | To | <Benjamin.Elacqua@weil.com> |
| | cc | <jcampbell@McKoolSmith.com> |
| | Subject | RE: CAC v. MSFT - Please see attached |

Ben ,

I don't seem to recall having access to the code as earlier as May 4th.  Do you have a letter or an e-mail you can forward me marking that date? My date of calculation has always been May 23rd--the first day our expert reviewed the new code.

---

**From:** Benjamin.Elacqua@weil.com [mailto:Benjamin.Elacqua@weil.com]
**Sent:** Tuesday, June 19, 2007 2:29 PM
**To:** Glenn Janik
**Cc:** John B. Campbell
**Subject:** CAC v. MSFT - Please see attached

Glenn,

Please see attached letter.

Thanks,

Ben



Benjamin C. Elacqua
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
(713) 546-5024
(713) 224-9511 (fax)
benjamin.elacqua@weil.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you