**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| **COMPUTER ACCELERATION CORPORATION,** ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 9:06-cv-140 (RC) |
| v. ) ) | |
| ) | **JURY DEMANDED** |
| **MICROSOFT CORPORATION** ) ) | |
| Defendant. ) ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO EXCHANGE EXPERT WITNESS REPORTS**

The parties jointly file this Agreed Motion for Extension of Time to Exchange Expert Witness Reports seeking the Court's permission for an extension of time for Microsoft and Computer Acceleration Corporation to exchange Burden of Proof Expert Witness Reports. The parties jointly seek until Monday July 30, 2007 to exchange the Burden of Proof Expert Witness Reports.

This modification is not being sought for the purpose of delay, but so that the parties can further refine and edit their Burden of Proof Expert Witness Reports.

WHEREFORE, the parties pray that the Court grant this Motion and permit the extension of time to exchange Burden of Proof Expert Witness Reports to July 30, 2007.

| | |
|---|---|
| Dated: July 27, 2007 | Respectfully submitted, |
| |   /s/ David J. Healey<br>David J. Healey (Lead Attorney)<br>State Bar No. 09327980<br>Benjamin C. Elacqua<br>State Bar No. 24055443<br>**WEIL, GOTSHAL & MANGES, LLP**<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>Telephone: 713-546-5000<br>Fax: 713-224-9511 |
| | Kevin Kudlac<br>State Bar No. 00790089<br>kevin.kudlac@weil.com<br>Amber H. Rovner<br>State Bar No. 09223750<br>amber.rovner@weil.com<br>**WEIL, GOTSHAL & MANGES, LLP**<br>8911 Capital of Texas Highway<br>Building One, Suite 1350<br>Austin, Texas 78759<br>Telephone: 512-349-1930<br>Fax: 512-527-0798 |
| | Clayton E. Dark, Jr.<br>State Bar No. 05384500<br>**LAW OFFICE OF CLAYTON E. DARK, JR.**<br>P.O. Box 2207<br>Lufkin, Texas 75902<br>Telephone: 936-637-1733<br>Fax: 936-637-2897 |
| | **ATTORNEYS FOR DEFENDANT**<br>**MICROSOFT CORPORATION** |

3

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he has spoken with Plaintiffs' counsel on July 26, 2007 and they agree to the filing of this motion.

s/ Benjamin C. Elacqua<br>Benjamin C. Elacqua

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 27th day of July, 2007. As of this date, all counsel of record that have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Debbie Skolaski<br>Debbie Skolaski